# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### *Hearing Information:*

| | |
|---|---|
| **Debtor:** | AMBER S SCROGGINS |
| **Case Number:** | 2:18-BK-00785-EPB    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, JUNE 14, 2018 11:00 AM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | EDDWARD P. BALLINGER JR. |
| **Courtroom Clerk:** | ANNETTE FRANCHELLO |
| **Reporter / ECR:** | MARGARET KELLY |

### *Matter:*

REAFFIRMATION AGREEMENT WITH NEVADA WEST FINANCIAL

**R / M #:**   16 / 0

### *Appearances:*

SHAWN L. STONE, ATTORNEY FOR AMBER S SCROGGINS
AMBER SCROGGINS, DEBTOR

### *Proceedings:*

The Court explains the consequences of entering into a reaffirmation agreement.

Ms. Scroggins has spoken with counsel and has no questions for the Court.

Mr. Stone and Ms. Scroggins agree to vacate this hearing.

COURT: The Court is not granting or denying the reaffirmation agreement. IT IS ORDERED vacating this hearing subject to call.